## DARK v. STATE.
### No. 23432.

Court of Criminal Appeals of Texas.
June 5, 1946.

F. G. Swanson, of Tyler, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for aggravated assault, the punishment assessed being a fine of $25 and 90 days' confinement in the county jail.

The complaint and information properly charge the offense. The record before this court contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.